

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| CINCINNATI | COLUMBUS | NEW YORK | |

REBECCA A. BRAZZANO
Direct Dial: (212) 908-3941
E-Mail: Rebecca.Brazzano@ThompsonHine.com

November 22, 2016

**Via ECF and Federal Express**

The Honorable John F. Keenan
United States District Court
U.S. Courthouse
500 Pearl Street, Room 1930
New York, NY 10007-1312

Re: **Request to File Sealed Documents**
*Keybank National Association v. Element Transportation LLC, f/k/a Element Financial Corp. (Delaware) and Element Fleet Management Corp., f/k/a Element Financial Corp. (Ontario)*
Civil Action File No. 1:16-cv-08958-JFK

Dear Judge Keenan:

As counsel of record for KeyBank National Association, through its division Key Equipment Finance ("Key"), we write to request permission to file portions of Key's Exhibit 2 to the Complaint under seal. By overnight delivery, I am enclosing the Exhibits 1 and 2, and Exhibit 2 includes the proposed redactions highlighted in yellow. Counsel for defendants have not yet appeared, however, Key's Service of Process upon Defendants is under way, and we have included unredacted versions of both Exhibits 1 and 2 to the complaint with service.

Key makes this request as portions of Exhibit 2 contain confidential and proprietary information of Key.

Separately, upon the filing of the complaint, Dkt. 1, there was a technical glitch, and Exhibits 1 and 2 were inadvertently not attached when the complaint was submitted through the ECF system. We hereby request that the Court authorize the ECF division to attach and deem Exhibit 1 (unredacted) and Exhibit 2 (in the proposed redacted form), as annexed to and part of Key's complaint.

We are including a courtesy copy of the complaint for ease of reference.

Rebecca.Brazzano@ThompsonHine.com  Fax: (212) 344-6101  Phone: (212) 908-3941                     304173.1

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
Phone 212.344.5680
Fax 212.344.6101



The Honorable John F. Keenan
United States District Court
November 22, 2016
Page 2


A copy of Key's complaint, with unredacted exhibits is being served upon Defendants.

    Respectfully submitted,

    **THOMPSON HINE LLP**

    /s/ Rebecca A. Brazzano
    Rebecca A. Brazzano

Enclosures