```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
KEYBANK NATIONAL ASSOCIATION,    :
                                 :
                Plaintiff,       :
                                 :
    -against-                    :
                                 :
ELEMENT TRANSPORTATION LLC,      :
formerly known as Element        :
Financial Corp. (Delaware),      :     No. 16 Civ. 8958(JFK)
                                 :          ORDER
and                              :
                                 :
ELEMENT FLEET MANAGEMENT CORP.   :
formerly known as Element        :
Financial Corp. (Ontario),       :
                                 :
                Defendants.      :
------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2016
```

**JOHN F. KEENAN, United States District Judge:**

    On November 17, 2016, Plaintiff KeyBank National Association filed the complaint in this action. (See Compl., ECF No. 1 (filed Nov. 17, 2016).)  Before the Court is a letter dated November 22, 2016, from KeyBank requesting that the Court authorize the Court's Electronic Case Filing (ECF) department to annex two exhibits to the complaint.  KeyBank also seeks leave to file portions of one exhibit to the complaint under seal.

    KeyBank is directed to file a letter brief not to exceed five pages demonstrating that the standards for sealing have been met and specifically addressing Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), no later than December 12, 2016.

1

If Defendant Element Transportation LLC or Defendant Element Fleet Management Corp. wish to oppose the motion, they shall file an opposition letter brief not to exceed five pages by December 19, 2016, or seven days from the date of service of the complaint, the unredacted exhibits, and KeyBank's letter brief, whichever is later.

For efficiency purposes, the Court reserves any authorization of its ECF department to annex the exhibits to the complaint. Any such authorization will be addressed in this Court's later order on KeyBank's motion to seal.

**SO ORDERED.**

Dated:     New York, New York
           November 29, 2016

                                          _____
                                          John F. Keenan
                                          United States District Judge