UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>       Plaintiff<br><br>      vs.<br><br>ELEMENT TRANSPORTATION LLC, f/k/a ELEMENT FINANCIAL CORP. (DELAWARE)<br><br>and<br><br>ELEMENT FLEET MANAGEMENT CORP., f/k/a ELEMENT FINANCIAL CORP. (ONTARIO),<br><br>       Defendants. | Civil Action No.: 16-cv-08958-JFK<br><br>RULE 7.1 STATEMENT OF DEFENDANTS ELEMENT TRANSPORTATION LLC AND ELEMENT FLEET MANAGEMENT CORP. |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Element Transportation LLC and Element Fleet Management Corp., by their undersigned counsel, hereby state that Element Transportation LLC, a Delaware limited liability company, is 100% owned by Element Fleet Management Corp., a publicly held corporation whose securities are traded on the Toronto Stock Exchange. Element Fleet Management Corp. has no parent corporation, and no corporation holds ten percent or more of any class of Element Fleet Management Corp.'s equity interests.

Dated: December 14, 2016
New York, New York

                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                         By: /s/ Martin Flumenbaum
                                Martin Flumenbaum

                         Martin Flumenbaum
                         Roberta A. Kaplan
                         Gabrielle E. Tenzer
                         1285 Avenue of the Americas
                         New York, New York 10019
                         Telephone: (212) 373-3000
                         Facsimile: (212) 757-3990
                         mflumenbaum@paulweiss.com
                         rkaplan@paulweiss.com
                         gtenzer@paulweiss.com

                         *Counsel for Defendants*
                         *Element Transportation LLC and*
                         *Element Fleet Management Corp.*