Keenan, 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-16
```

KEYBANK NATIONAL ASSOCIATION,

          Plaintiff

vs.

ELEMENT TRANSPORTATION LLC, f/k/a ELEMENT FINANCIAL CORP. (DELAWARE)

and

ELEMENT FLEET MANAGEMENT CORP., f/k/a ELEMENT FINANCIAL CORP. (ONTARIO),

          Defendants.

Civil Action No.: 16-cv-08958-JFK

ECF Case

### JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

WHEREAS, the Complaint in this action was filed on November 17, 2016;

WHEREAS, Defendant Element Transportation LLC was served with the Summons and Complaint on November 29, 2016;

WHEREAS, Defendant Element Transportation LLC's time to answer, move against, or otherwise respond to the Complaint is on or before December 20, 2016;

WHEREAS, Defendant Element Fleet Management Corp. agreed to accept service of the Complaint without prejudice on December 8, 2016;

WHEREAS, Defendant Element Fleet Management Corp.'s time to answer, move against, or otherwise respond to the Complaint would therefore be on or before December 29, 2016;

WHEREAS, the parties have not filed any prior request for an adjournment or an extension of time in this action;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties to this action, as follows:

1. Defendants' time to answer, move against, or otherwise respond to the Complaint shall be extended to January 13, 2017.

2. Defendant Element Fleet Management Corp. agrees to accept service of the Complaint without prejudice.

3. Nothing herein shall be deemed to constitute a waiver by Defendants of any defenses in this action. Defendants reserve all arguments and defenses in this action.

Dated: December 14, 2016
       New York, New York

                                PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP

                                By: _____
                                       Martin Flumenbaum

                                Martin Flumenbaum
                                Roberta A. Kaplan
                                Gabrielle E. Tenzer
                                1285 Avenue of the Americas
                                New York, New York 10019
                                Telephone: (212) 373-3000
                                Facsimile: (212) 757-3990
                                mflumenbaum@paulweiss.com
                                rkaplan@paulweiss.com
                                gtenzer@paulweiss.com

                                *Counsel for Defendants*
                                *Element Transportation LLC and*
                                *Element Fleet Management Corp.*

THOMPSON HINE LLP

By: _____
      Rebecca Brazzano

Rebecca Brazzano
335 Madison Avenue, 11th Floor
New York, New York 10017-4611
T: 212-344-5680 / F: 212-344-6101
Rebecca.Brazzano@Thompsonhine.com

Anthony J. Rospert
(pro hac vice forthcoming)
Laura L. Watson
(pro hac vice forthcoming)
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114-1291
T: 216-566-5500 / F: 216-566-5800
Anthony.Rospert@Thompsonhine.com
Laura.Watson@Thompsonhine.com

*Attorneys for Plaintiff*
*KeyBank National Association*

SO ORDERED:

_____  12/14/16
     John F. Keenan
     U.S.D.J.